# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JAMES T MOORE, III AND DIANE MOORE, § § § § v. § § AMERIQUEST MORTGAGE COMPANY, § ET AL., § § | Civil Action No. 4:16-CV-00380 (Judge Mazzant/Judge Johnson) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 13, 2017, the report of the Magistrate Judge (Dkt. #97) was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Alter Judgment (Dkt. #90) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Alter Judgment (Dkt. #90) is **DENIED**.

**IT IS SO ORDERED.**
**SIGNED this 3rd day of May, 2017.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE